# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 18-47854-TJT | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|
| Case Name: | SALATA, CAROL M. | Date Filed (f) or Converted (c): | 05/31/2018 (f) |
| For the Period Ending: | 8/11/2018 | §341(a) Meeting Date: | 07/05/2018 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 household items | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 Electronics | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 clothing | $200.00 | $0.00 | | $0.00 | FA |
| 4 wedding diamond ring | $9,000.00 | $0.00 | | $0.00 | FA |
| 5 checking DFCU | $50.00 | $0.00 | | $0.00 | FA |
| 6 Savings DFCU | $50.00 | $0.00 | | $0.00 | FA |
| 7 checking Gensis FCU | $50.00 | $0.00 | | $0.00 | FA |
| 8 security deposit 10930 Lighthouse Dr # 421, Belleville, MI 48111 | $500.00 | $0.00 | | $0.00 | FA |
| 9 owed to debtor | $1,200.00 | $0.00 | | $0.00 | FA |
| 10 Potential Future Bonuses and commissions of Ex-Spouse per Judgment of Divorce 35% of projected $12,000 per year bonus and commission Alimony | $4,200.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**             **Gross Value of Remaining Assets**

| | $17,250.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**
08/11/2018    TRUSTEE TO REVIEW DEBTOR'S POTENTIAL INCOME (BONUSES & COMMISSIONS) FROM EX-SPOUSE PER YEAR;

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2021 |

/s/ WENDY TURNER LEWIS
_____
WENDY TURNER LEWIS
Chapter 7 Bankruptcy Trustee
444 West Willis, Suite 101
Detroit, Michigan 48201
313.832.5555
wtlewis@ameritech.net